Certificate Number: 05781-PAE-DE-034027102

Bankruptcy Case Number: 14-18431



05781-PAE-DE-034027102

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 30, 2020</u>, at <u>9:57</u> o'clock <u>PM PST</u>, <u>Johnnie Berry</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>January 30, 2020</u>    By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>