United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18431-elf
Johnnie M. Berry                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD           Page 1 of 1              Date Rcvd: Jul 16, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
db              +Johnnie M. Berry,    852 W. Cobbs Creek Parkway,    Lansdowne, PA 19050-3625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               SCIG Series III Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
               Josh.Goldman@padgettlawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    First Investors Servicing Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Johnnie M. Berry Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re: | : |
| | : Chapter 13 |
| **Johnnie M. Berry** | : Case No. 14-18431-ELF |
| | : |
| **Debtor,** | : |
| | : |
| ------------------------------------------------- | : |
| | : |
| U.S. Bank Trust National Association, | : |
| as Trustee of the SCIG Series III Trust | : |
| | : |
| | : |
| Movant, | : |
| v. | : Hearing: July 14, 2020 at 9:30 a.m. |
| | : Courtroom # 1 |
| Johnnie M. Berry | : |
| Debtor, | : |
| and | : |
| | : |
| William C. Miller, Esquire | : 11 U.S.C. §362(d) |
| Trustee, | : |
| | : |
| Respondents. | : |

## STIPULATION RESOLVING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, U.S. Bank Trust National Association, as Trustee of the SGIC Series III Trust, (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay as to Real Property, more commonly known as 852 West Cobbs Creek Parkway, Lansdowne, PA 19050; and Zachary Perlick, Esquire appearing on behalf of Debtor, Johnnie M. Berry, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of July 9, 2020, the post-petition arrears are $2,412.75 – which represents payments of $1,241.26 each due June 1, 2020 and July 1, 2020 – with a suspense balance of $69.77.

2. The Debtor agrees to reimburse the Movant for its attorney fees ($850.00) and costs ($181.00) for prosecution of the within Motion.

- 1 -

3. The Debtor shall cure the post-petition arrears plus the motion fees and costs by adding $573.96 to the regular monthly payments each due August 1, 2020 through January 1, 2021.

4. The Debtor will resume regular monthly payments to Movant starting with the February 1, 2021 payment, and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

5. If the Debtor fails to make any of the payments stated herein by their due date, then counsel for the Movant may send Debtors and Debtors' attorney a notice of default, and the Debtors shall have 14 days from the date of the notice to cure said default. If the default is not cured timely cured, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay, as to the mortgaged property herein.

6. Debtor agrees that Movant may charge attorney fees of $100 for each notice of default letter.

(*remainder of page intentionally left blank*)

*The undersigned hereby consent to the form and entry of the within Stipulation.*

| | |
|---|---|
| /s/Brian E. Caine | /s/Zachary Perlick |
| Brian E. Caine, Esquire | Zachary Perlick, Esquire |
| Parker McCay P.A. | 1420 Walnut Street, Suite 718 |
| 9000 Midlantic Drive, Suite 300 | Philadelphia, PA 19102 |
| Mount Laurel, NJ 08054 | (215) 569-2922 |
| (856) 985-4059 | zack@zacharyperlicklaw.com |
| bcaine@parkermccay.com | |

/s/ LeRoy W. Etheridge, Esq. for
Concurrence by the Chapter 13 Trustee

NO OBJECTION
*without prejudice to any trustee rights and remedies

# O R D E R

It is hereby **ORDERED**, that the foregoing Stipulation is approved.

Date: 7/16/20

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

- 3 -