```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 14-18431-elf
Johnnie M. Berry                                                        Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD              Page 1 of 2                  Date Rcvd: Jul 21, 2020
                               Form ID: 138NEW             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db             +Johnnie M. Berry,    852 W. Cobbs Creek Parkway,    Lansdowne, PA 19050-3625
cr             +First Investors Servicing Corporation,    C/O Morton & Craig, LLC,    110 Marter Ave., Suite 301,
                 Moorestown, NJ 08057-3124
13409494       +American Education Services,    660 Boas Street,    Harrisburg, PA 17102-1324
13409495       +Aqua Pennsylvania,    762 W. Lancaster Ave.,    Bryn Mawr, PA 19010-3489
14261510       +BSI Financial Service,    c/o Raymond Valderrama,    c/o BSI Financial Services,
                 Assistant Vice President, Bankruptcy,    1425 Greenway Drive, Ste. 400,    Irving, TX 75038-2480
13409496        Barclay Card,    Card Services,   PO Box 13337,    Philadelphia, PA 19101-3337
13409497       +Barclays Bank of Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
13409500       +Cigna Group Insurance,    1455 Valley Center Parkway,    Bethlehem, PA 18017-2288
13409501       +Citizens Bank,    c/o Associated Credit Services, Inc,    105B South St.,    PO Box 9100,
                 Hopkintown, MA 01748-2206
13456244        ECMC,    PO BOX 16408,   St. Paul, MN 55116-0408
13409504        ECMC,    PO Box 75906,   St. Paul, MN 55175
13409508      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                (address filed with court:  Focus Receivables Management,    1130 Northchase Parkway,    Suite 150,
                 Mariettam GA 30067)
13409505        Fashion Bug/Spirit of America,    P.O. Box 47599,    San Antonio, TX 78265-7599
13409509       +HSBC Bank,    200 SOmerset Corp. Blvd., Ste. 100,    Bridgewater, NJ 08807-2877
13476972       +Life Insurance Company of North America,    Cigna,    1601 Chestnut Street, TLP07V,
                 Philadelphia, PA 19192-0003
13409511       +Life Insurance Company ofNorth America,    PO Box 12096,    Newark, NJ 07101-5096
13460891      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    PO BOX 630267,    Irving, TX 75063)
13409513       +Nationstar Mortgage LLC,    c/o Joshua II Goldman, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13409515       +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13409516       +Temple University Hospital,    3401 N. Broad Street,    Philadelphia, PA 19140-5189
13783153        U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708, Irvine, CA 92619
14123483       +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 22 2020 04:31:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2020 04:31:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 22 2020 04:32:41
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13409493       +E-mail/Text: EBNProcessing@afni.com Jul 22 2020 04:31:10      Afni,    PO Box 3097,
                 Bloomington, IL 61702-3097
13665415       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 22 2020 04:32:20     Ascension Capital Group,
                 Attn:  Capital One Auto Finance, a,    division of Capital One, N.A. Dept,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13409498        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 22 2020 04:32:39      Capital One,
                 P.O. Box 85617,    Richmond, VA 23276-0001
13409499        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 22 2020 04:32:41
                 Capital One Auto Finance,    PO Box 260848,    Plano, TX 75026-0848
13409502        E-mail/PDF: creditonebknotifications@resurgent.com Jul 22 2020 04:43:32      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
13409507        E-mail/Text: bankruptcynotices@fifsg.com Jul 22 2020 04:30:51
                 First Investors Servicing Corp.,    PO Box 740512,    Atlanta, GA 30374-0512
13412519       +E-mail/Text: bankruptcynotices@fifsg.com Jul 22 2020 04:30:51
                 First Investors Servicing Corporation,    380 Interstate North Parkway Suite# 300,
                 Atlanta, GA 30339-2222
13409510        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 22 2020 04:30:47     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13409506        E-mail/Text: bnc-bluestem@quantum3group.com Jul 22 2020 04:31:28     Fingerhut,
                 11 McLeland Rd.,    St. Cloud, MN 56395
13490232        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2020 04:33:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13409512       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 22 2020 04:32:21     Merrick Bank,
                 c/o Cardworks Servicing,    PO Box 9201,    Old Bethpage, NY 11804-9001
13409514        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2020 04:30:56     PA Department of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13437085       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 22 2020 04:30:48     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13424748        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2020 04:30:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Jul 21, 2020
                              Form ID: 138NEW             Total Noticed: 42
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13409517       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 22 2020 04:31:31
                 Temple University Physicians,    c/o Credit Collection Services,    Two Wells Avenue,
                 Newton, MA 02459-3225
13409518       +E-mail/Text: bncmail@w-legal.com Jul 22 2020 04:31:12       Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite 400,     Seattle, WA 98121-3132
13409519       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 22 2020 04:30:40
                 Verizon,    P.O. Box 8585,   Philadelphia, PA 19173-0001
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              US Bank Trust NA
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13502690*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,     P O Box 619096,    Dallas, TX 75261-9741)
13409503      ##+Eastern Account Systems,    75 Glen Rd. Suite 110,    Sandy Hook, CT 06482-1175
                                                                                         TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               SCIG Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
               Josh.Goldman@padgettlawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    First Investors Servicing Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Johnnie M. Berry Perlick@verizon.net,
               pireland1@verizon.net
                                                                                               TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Johnnie M. Berry
       Debtor(s)                                       Bankruptcy No: 14−18431−elf
                                                                   Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                            For The Court
                                                                       Timothy B. McGrath
                                                                       Clerk of Court

Dated: 7/21/20

                                                                                                79 – 78
                                                                                      Form 138_new